UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AMERICAN ECONOMY INSURANCE

VERSUS

BAYOU FABRICATED PRODUCTS,
INC., ET AL

CIVIL ACTION

NO. 07-748-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 15, 2009.  Defendants have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Partial Summary Judgment on Coverage (FRCP Rule 56) filed by defendant Bayou Fabricated Products, Inc., and the Motion for Partial Summary Judgment on Coverage (FRCP Rule 56) filed by defendants Zurich American Insurance Company and Milton J. Womack, Inc., are denied.

Baton Rouge, Louisiana, August     23     , 2010

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA