UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AMERICAN ECONOMY INSURANCE

VERSUS

BAYOU FABRICATED PRODUCTS, INC., ET AL

CIVIL ACTION

NO. 07-748-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 15, 2009. Defendant has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by plaintiff American Economy Insurance Company will be granted.

Baton Rouge, Louisiana, August 23, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA